817 A.2d 485

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Susan Bell BOLNO, Respondent.**

**No. 812 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 7, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 7th day of March, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board dated December 16, 2002, it is hereby

ORDERED that Susan Bell Bolno be and she is suspended from the Bar of this Commonwealth for a period of two years, and she shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.